JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ON-LINE ADMINISTRATORS, INC., DBA PEAK PERFORMANCE MARKETING SOLUTIONS, a California Corporation; ON-LINE ADMINISTRATORS, LLC, a California Limited Liability Company; AFFINITIV, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:23-cv-06599-CAS-JCx<br><br>*Hon. Christina A. Snyder*<br><br>**JUDGMENT** |

This action came on for trial by the papers pursuant to the parties' agreement, *see* ECF No. 94, before the Court, Honorable Christina A. Snyder presiding. Plaintiff Volkswagen Group of America, Inc. ("VWGoA") asserted claims against Defendant On-Line Administrators, Inc. dba Peak Performance Marketing Solutions, now known as On-Line Administrators, LLC ("Peak" or "Defendant").

The Court previously granted Plaintiff's Motion for Summary Judgment as to its breach of contract and express contractual indemnity claims against Peak. ECF

No. 63. Plaintiff's claim for damages was then tried by the papers. On May 27, 2025, following a bench trial, the Court entered its findings of fact and conclusions of law. ECF No. 106. The Court found that VWGoA is entitled to $2,369,219.25 in damages and reserving judgment on prejudgment interest. *Id.* On June 3, 2025, the Court verified VWGoA's prejudgment interest calculations in the amount of $223,554.17 up until May 27, 2025. ECF No. 109.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. That judgment be, and hereby is, entered in favor of Plaintiff Volkswagen Group of America, Inc. and against Defendant in the amount of $2,369,219.25.

2. That Plaintiff Volkswagen Group of America, Inc. shall recover pre-judgment interest from Defendant pursuant to M.C.L. § 600.6013(8) in the amount of $223,554.17, plus $342.78 per day from May 28, 2025 until the date of entry of judgment.

3. That Plaintiff Volkswagen Group of America, Inc. shall recover post-judgment interest from Defendant pursuant to applicable law from the date of entry of judgment.

4. In accordance with Federal Rule of Civil Procedure 54(d)(2) and Local Rules 54 and 58, Plaintiff Volkswagen Group of America, Inc. is entitled to costs.

IT IS SO ORDERED.

Dated: June 11, 2025

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE